**No. 44687.**—Protests 841935-G, etc., of W. X. Huber Co. (Los Angeles).

Opinion by Brown, J.   The record consisted of a sample and an admission that the article is in chief value of cellulose acetate and not cased with platinum, gold, or silver.   The sample is a powder box with a mirror on the inside of the decorated top.   It was held not to be a mirror in the ordinary acceptation of that word.   The protests were therefore overruled and the classification under paragraph 31 affirmed.

Before the Second Division, November 6, 1940

**No. 44688.**—Protest 984649-G of N. Y. Mdse. Co., Inc. (New York).

Opinion by Dallinger, J.   On the authority of *German American Import Co.* v. *United States* (T. D. 46488) the brass shells in question were held dutiable at 35 percent under paragraph 353 as claimed.

**No. 44689.**—Protest 981021-G of F. W. Woolworth Co. (Philadelphia).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Tower* v. *United States*, G. A. 9038 (T. D. 41118), the dog chains in question were held dutiable at 4 cents per pound under paragraph 329 as claimed.

**No. 44690.**—Protest 836449-G of A. Olivotti & Co. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of candelabra chiefly used on the table or in the household for utilitarian purposes. On the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) the claim at 40 percent under paragraph 339 was sustained.

**No. 44691.**—Protests 15650-K, etc., of F. W. Woolworth Co. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the bridge table pencil holders in question were held dutiable under paragraph 339 as claimed.